United States District Court
Central District of Illinois

08-1121

Jonathan Lee Riches a/k/a Gino Romano a/k/a Jonathan Riches,

Plaintiff

V.

Rex Tillerson, FCI Williamsburg,

Defendants

FILED
MAY 27 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

HABEAS CORPUS Relief 28 USC 2241
18 USC 3621 violations

Comes Now the Plaintiff, Jonathan Lee Riches, in prose, Moves this court under 28 USC 2241, unconstitutional conditions in prison under 18 USC 3621 and 8th amendment violation for cruel and unusual punishment

On 5-16-08, I'm denied transfer to a halfway house in violation of the New 2nd chance Act. My family is sick and I'm being treated harsh because on 5-16-08 I'm still over 500 miles away from them, this is doing me unjust hardship. Because of High gas prices and high oil, my family cannot afford to come see me in prison because of Defendants mistreatment of me and daily threats inflicted on me. I seek a transfer to A halfway house to complete my sentence.

Jonathan Lee Riches
#40948-018
FCI Williamsburg      843-387-9400
P.O. Box 340
Salters, SC 29590

UNITED STATES DISTRICT COURT
Central District of ILLINOIS

5-15-08

Jonathan Lee Riches,

V.

Laird Hamilton; Gabrielle Reese; South Carolina State,
Defendants

Defendants

**FILED**
MAY 27 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion for Relief of Judgement
Under 28 USC 2254 - Habeas Corpus
Temporary Restraining Order / Preliminary Injunction

Comes now Plaintiff Jonathan Lee Riches, I'm being held illegally by the state in violation of my 6th amendment rights, Booker and Fanfan, and Blakely v. Washington.

On 5-15-08, the state put a detainer on me in violation of the interstate detainer Agreement Act and I'm being denied due process to take it off. The state is violating my 8th amendment rights on 5-15-08 for cruel and unusual punishment. I seek a preliminary Injunction to compel the state to release me into a halfway house so I can be close to my Family. Plaintiff prays for relief.

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400